1

2

3

4

5

6

7

8           United States District Court

9           Eastern District of California

10

11

12  Clarence Wayne Fuller,

13          Petitioner,              No. Civ. S 05-0450 FCD PAN P

14      vs.                          Order

15  D.L. Runnels, Warden,

16          Respondents.

17                          -oOo-

18      Petitioner, a state prisoner proceeding without counsel,

19  applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

20  and requested leave to proceed in forma pauperis.

21      Examination of the in forma pauperis affidavit reveals

22  petitioner is unable to afford the costs of suit.  Leave to

23  proceed in forma pauperis is granted.  <u>See</u> 28 U.S.C. § 1915(a).

24      A judge "entertaining an application for a writ of habeas

25  corpus shall forthwith award the writ or issue an order directing

26  the respondent to show cause why the writ should not be granted,

1  unless it appears from the application that the applicant or

2  person detained is not entitled thereto." 28 U.S.C. § 2243.

3  Petitioner may be entitled to relief.

4       I therefore grant petitioner's request to proceed in forma

5  pauperis and direct respondent to respond to petitioner's

6  application within 60 days.  See Rule 4, Fed. R. Governing § 2254

7  Cases.  An answer shall be accompanied by any and all transcripts

8  or other documents relevant to the determination of the issues

9  presented in the application.  See Rule 5, Fed. R. Governing §

10 2254 Cases.  Petitioner's reply, if any, shall be filed and

11 served within 30 days of service of an answer.  If the response

12 to petitioner's application is a motion, petitioner's opposition

13 or statement of non-opposition shall be filed and served within

14 30 days of service of the motion, and respondent's reply, if any,

15 shall be filed within 15 days thereafter.  The Clerk of the Court

16 shall serve a copy of this order together with a copy of

17 petitioner's March 7, 2005, petition for a writ of habeas corpus

18 pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant

19 Attorney General for the State of California.

20      Dated:  June 2, 2005.

21                          /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
22                          Magistrate Judge

23

24

25

26