United States District Court

Eastern District of California

Clarence Wayne Fuller,

    Petitioner,    No. Civ. S 05-0450 FCD PAN P

  vs.    Order

D. L. Runnels, et al.,

    Respondents.

-oOo-

July 26, 2005, respondent requested an extension of time to file and serve a response to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  August 16, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge