United States District Court

Eastern District of California

Clarence Wayne Fuller,

     Petitioner,                  No. Civ. S 05-0450 FCD PAN P

  vs.                              Order

D. L. Runnels, Warden,

     Respondent.

-oOo-

    March 7, 2005, petitioner filed a petition for a writ of habeas corpus challenging his June 18, 2002, convictions of battery with serious bodily injury and battery.  September 15, 2005, respondent answered.  Petitioner requests the court to abey this action while he exhausts available state remedies with respect to claims his trial and appellate counsel were ineffective.

    Before the court can determine whether to grant petitioner's request to stay this action while petitioner exhausts his third

1 claim, the court must determine whether petitioner had good cause
2 for his failure to exhaust, whether the unexhausted claim is
3 potentially meritorious and whether petitioner engaged in
4 intentionally dilatory litigation tactics.  <u>Rhines v. Weber</u>, 125
5 S.Ct. 1528 (2005).
6     Accordingly, within 30 days from the date this order is
7 signed, petitioner shall file and serve an explanation of why
8 this court should stay this action while he exhausts his claims
9 of ineffective assistance of counsel.  Respondent has ten days to
10 file and serve an opposition or notice of non-opposition.
11 Petitioner's failure to comply with this order will result in the
12 denial of his October 19, 2005, request.
13     So ordered.
14     Dated:  January 24, 2006.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge