IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE WAYNE FULLER,

    Petitioner,                                  No. CIV S 05-0450 FCD PAN P

    vs.

D. L. RUNNELS,

    Respondent.                                ORDER

/

        Petitioner is a state prisoner seeking a writ of habeas corpus. See 28 U.S.C. § 2254. On September 15, 2005, respondent answered the petition. On October 19, 2005, petitioner requested that the court issue a stay and hold this action in abeyance while petitioner exhausts available state remedies for the claims that trial and appellate counsel were ineffective. On January 24, 2006, the court explained to petitioner what it must consider before holding an action in abeyance. Petitioner was given 30 days to explain why this action should be held in abeyance.

        The 30 days have passed and petitioner has not responded to the order. The court cannot tell whether petitioner can justify the delay in raising these claims or whether he currently is pursuing state remedies. Since petitioner has not made specific allegations about trial and appellate counsels' ineffectiveness, the court cannot determine whether the claims have merit.

1

1  Petitioner will be given one, final opportunity to explain why he believes that this action should
2  be held in abeyance.  Failure to file such a statement will result in an order that the request for
3  abeyance be denied.
4      Accordingly, IT IS HEREBY ORDERED that petitioner may have fifteen days
5  from the date of this order to explain why this action should be held in abeyance.
6  DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\full0450.ord dny abync