IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE WAYNE FULLER,

    Petitioner,                    No. CIV S-05-0450 FCD PAN P

    vs.

D.L. RUNNELS,

    Respondent.              ORDER

_____/

        Petitioner has requested an extension of time to file and serve a response to the court's April 26, 2006 order.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 23, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a response to the court's April 26, 2006 order.

DATED:  June 12, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/mp:001
full0450.111