IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE WAYNE FULLER,

     Petitioner,                  No. CIV S-05-0450 FCD EFB P

     vs.

D. L. RUNNELS, et al.,

     Respondents.          ORDER

_____/

     This action is proceeding on petitioner's March 7, 2005, *pro se* application for a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents answered on September 15, 2005. On October 19, 2005, petitioner requested the court to stay this action and hold it in abeyance while he exhausted available state remedies with respect to unexhausted claims. On January 24, 2006, the court gave petitioner 30 days to file a written explanation of why a stay is appropriate in light of *Rhines v. Weber*, 544 U.S. 269, 277-78 (2005). The order further admonished petitioner that his failure to comply with the order would result in the court denying the request. On April 26, 2006, the court granted petitioner an additional 15 days to file the explanation. On June 13, 2006, the court granted petitioner another 30 days to comply with the January 24, 2006, order.

     The 30 days have passed and petitioner has not complied with the January 24, 2006, order or otherwise responded to it, except to obtain extensions of time which he then ignored.

Accordingly, it is ORDERED that petitioner's October 19, 2005, request to stay this action and hold it in abeyance while he pursues available state remedies for unexhausted claims is denied.

Dated: December 11, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE